**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JUSTIN LATIK MOORE, | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 12-177 Erie |
| v. | ) |
| DENNIS CLAYTON ADAMS, et al., | ) |
| Defendants. | ) |

<u>MEMORANDUM ORDER</u>

This civil rights action was received by the Clerk of Court on August 2, 2012 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rule 72 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 19], filed on July 8, 2013, recommended that the motion to dismiss filed by Defendants [ECF No. 14] be granted. The parties were allowed fourteen (14) days from the date of service to file objections and no objections were filed. After <u>de novo</u> review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30th day of July, 2013;

IT IS HEREBY ORDERED that the motion to dismiss filed by Defendants [ECF No. 14] is GRANTED. The Clerk of Courts is directed to terminate the following Defendants as parties to this action: Sauers, Deer, Grassmeyer, Andrako, Nurse Bell, and Nurse Matt.[1]

The Report and Recommendation [ECF No. 19] of Magistrate Judge Baxter, filed on July 8, 2013 is adopted as the opinion of the Court.

---

[1] Several claims and Defendants remain pending in this action. *See* [ECF No. 19] p. 18.

                                        s/   Sean J. McLaughlin
                                             Chief United States District Judge


cm:   All parties of record
      Susan Paradise Baxter, U.S. Magistrate Judge